IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| STANLEY YATES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:05-0546 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Griffin |
| MICHAEL J. ASTRUE,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Stanley Yates's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 18). The Social Security Administration filed a Response in Opposition (Doc. No. 20). On August 10, 2009, Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 24), recommending that the Court grant Plaintiff's Motion, reverse the Administrative Law Judge's ("ALJ") decision, and award Plaintiff benefits. No objections have been filed. The Court finds the Report well-founded and thus **ADOPTS** the Report in its entirety. As a result, Plaintiff's Motion is **GRANTED**, the ALJ's decision is **REVERSED**, and Plaintiff is **AWARDED** the appropriate benefits.

It is so ORDERED.

Entered this the 25 day of August, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of Social Security pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.