IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STANLEY YATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:05-cv-00546 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Griffin |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Stanley Yates' Motion for Approval of Attorney Fee ("Motion") (Doc. No. 35) with supporting Affidavit (Doc. No. 35-1). Plaintiff avers that the Motion was filed along with a copy of the attorney's fee contract between Plaintiff and his Counsel, but it appears to the Court that this attachment was omitted from Plaintiff's filings. Thus, the Court **ORDERS** Plaintiff to file this supportive documentation as soon as possible within ten days of the entry of this Order so that the Motion may be considered in its entirety.

It is so ORDERED.

Entered this the 14th day of July, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1